IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER CARBONE, | : | |
| *Plaintiff*, | : | Civil Action No. 2:23-cv-05164-PD |
| v. | : | |
| HOLY FAMILY UNIVERSITY, | : | Electronically Filed |
| *Defendant*. | : | |

**STIPULATED ORDER FOR EXTENSION OF TIME**

**AND NOW**, this  29th   day of January, 2024, it appearing that all parties to this action so stipulate, **IT IS HEREBY ORDERED** that Defendant Holy Family University shall file a responsive answer or motion to Plaintiff Christopher Carbone's Complaint on or before February 28, 2024.

**SO STIPULATED:**

____/s/ Bruce L. Castor_____
Bruce L. Castor, Esq. (PA 46370)
Kaitlin McCaffrey, Esq. (PA 329960)
van der Veen, Hartshorn, & Levin
1219 Spruce Street
Philadelphia, PA 19107
P: (215) 546-1000
bcastor@mtvlaw.com
kmccaffrey@mtvlaw.com

*Attorneys for Plaintiff*
*Christopher Carbone*

____/s/ James Keller_____
James Keller (PA 78955)
Fanta Freeman (PA 327558)
Saul Ewing LLP
Centre Square West
1500 Market St., 38th Floor
Philadelphia, PA 19102
P: (215) 972-7777
james.keller@saul.com
fanta.freeman@saul.com

*Attorneys for Defendant*
*Holy Family University*

**APPROVED AND SO ORDERED:**

 /s/ Paul S. Diamond
_____

Hon. Paul S. Diamond